RACHEL GEORGE TERRY (10769)
Assistant Utah Attorney General
SEAN D. REYES (7969)
Utah Attorney General
160 East 300 South, Sixth Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (801) 366-0100
Facsimile: (801) 366-0101
E-mail: rachelterry@agutah.gov

*Attorneys for Defendants*

---

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SHARON NAEGLE on behalf of S.H.N., a minor child.<br><br>Plaintiff,<br><br>v.<br><br>CANYONS SCHOOL DISTRICT, a political subdivision, and DR. JAMES BRISCOE an individual.<br><br><br>Defendants. | **SUBSTITUTION OF COUNSEL**<br><br>Case No. 2:17-cv-00023<br><br>Judge Dee Benson |

Rachel George Terry, on behalf of Defendants Canyons School District and

Dr. James Briscoe, in her capacity as Assistant Utah Attorney General for the State

of Utah, hereby gives notice to the Court and the parties of her substitution as counsel in this matter for Defendants, in place of Assistant Attorney General Scott D. Cheney.

AAG Terry hereby verifies that she is aware of and will comply with all deadlines in this matter. Accordingly, she respectfully requests that the Court, the parties, and their respective counsel take such notice and ensure that all pleadings and correspondence regarding the above-captioned matter be mailed, or electronically served to her at the address above.

DATED:  March 21, 2018.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/Rachel George Terry
RACHEL GEORGE TERRY
Assistant Utah Attorney General
*Attorney for Defendants*

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/Scott D. Cheney
SCOTT D. CHENEY
Assistant Utah Attorney General
*Attorney for Defendants*