IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| SHARON NAEGLE on behalf of S.H.N., a minor child,<br><br>Plaintiff,<br><br>v.<br><br>CANYONS SCHOOL DISTRICT, a political subdivision, and DR. JAMES BRISCOE, an individual,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br><br>Case No. 2:17-cv-23-DB<br><br>District Judge Dee Benson |

It is ORDERED AND ADJUDGED that Defendants' Motion for Judgment on the Pleadings is granted and the action is dismissed with prejudice.

DATED this 23rd day of May, 2018.

BY THE COURT:

Dee Benson
United States District Judge